**Fill in this information to identify your case:**

Debtor 1    Jonathan Joseph Richards
First Name    Middle Name    Last Name

Debtor 2    Melinda June Richards
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Southern    District of OH

Case number (If known):    2:15-bk-53381

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | [X] Employed [ ] Not employed | [X] Employed [ ] Not employed |
| | **Occupation** | Pipefiter | Loss Reporting Rep Ii |
| | **Employer's name** | Sauer Group Inc. | Grange Mutual Casualty Insurance |
| | **Employer's address** | 1801 Lone Eagle Street<br>Number Street<br><br>Columbus, OH 43228<br>City State ZIP Code | S. High Street<br>Number Street<br><br>Columbus, OH<br>City State ZIP Code |
| | **How long employed there?** | 3 years | 15 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,870.28 | $ 3,008.22 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 5,870.28 | $ 3,008.22 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1-5-889 - Tuesday, July 07, 2015, at 15:13:41 - 32759-30ZY-****** - PDF-XChange 4.0

Debtor 1  Jonathan Joseph Richards                                        2:15-bk-53381
         First Name    Middle Name    Last Name         Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................➔ 4. |  | $ 5,870.28 | $ 3,008.22 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,256.66 | $ 299.82 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 300.21 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 141.72 |
| 5e. Insurance | 5e. | $ 0.00 | $ 69.29 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 251.89 | $ 0.00 |
| 5h. Other deductions. Specify: SHV,org fund, ase fund; PPL; parking | 5h. | + $ 452.40 | + $ 45.28 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,960.95 | $ 856.32 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,909.33 | $ 2,151.90 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: Training Job average net; | 8h. | + $ 302.25 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 302.25 | $ 0.00 |

| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,211.58 | + | $ 2,151.90 | = | $ 6,363.48 |
|---|---|---|---|---|---|---|

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $ 6,363.48

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Jonathan Joseph Richards
           First Name          Middle Name          Last Name

Debtor 2    Melinda June Richards
(Spouse, if filing) First Name    Middle Name          Last Name

United States Bankruptcy Court for the:    Southern    District of OH

Case number    2:15-bk-53381
(if known)

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

[ ] A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   [ ] No. Go to line 2.
   [X] Yes. **Does Debtor 2 live in a separate household?**

      [X] No
      [ ] Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   [ ] No
   [X] Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 16 | [ ] No  [X] Yes |
| Daughter | 19 | [ ] No  [X] Yes |
| _____ | _____ | [ ] No  [ ] Yes |
| _____ | _____ | [ ] No  [ ] Yes |
| _____ | _____ | [ ] No  [ ] Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   [X] No
   [ ] Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-889 - Tuesday, July 07, 2015, at 15:13:41 - 32759-30QY-***** - PDF-XChange 4.0

Debtor 1   Jonathan Joseph Richards

First Name   Middle Name   Last Name

Case number (if known)   2:15-bk-53381

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans          5.   $ _____ 0.00

6. **Utilities:**

6a.   Electricity, heat, natural gas          6a.   $ _____ 480.00

6b.   Water, sewer, garbage collection          6b.   $ _____ 100.00

6c.   Telephone, cell phone, Internet, satellite, and cable services          6c.   $ _____ 400.00

6d.   Other. Specify: _____ ADT _____          6d.   $ _____ 90.00

7. **Food and housekeeping supplies**          7.   $ _____ 900.00

8. **Childcare and children's education costs**          8.   $ _____ 150.00

9. **Clothing, laundry, and dry cleaning**          9.   $ _____ 350.00

10. **Personal care products and services**          10.   $ _____ 350.00

11. **Medical and dental expenses**          11.   $ _____ 270.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.          12.   $ _____ 500.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**          13.   $ _____ 101.00

14. **Charitable contributions and religious donations**          14.   $ _____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.   Life insurance          15a.   $ _____ 297.00

15b.   Health insurance          15b.   $ _____ 0.00

15c.   Vehicle insurance          15c.   $ _____ 292.00

15d.   Other insurance. Specify: _____          15d.   $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ _____          16.   $ _____ 0.00

17. **Installment or lease payments:**

17a.   Car payments for Vehicle 1          17a.   $ _____ 0.00

17b.   Car payments for Vehicle 2          17b.   $ _____ 0.00

17c.   Other. Specify: _____ _____          17c.   $ _____ 0.00

17d.   Other. Specify: _____ _____          17d.   $ _____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**          18.   $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____ Ot¨Åä", _____          19.   $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property          20a.   $ _____ 0.00

20b.   Real estate taxes          20b.   $ _____ 0.00

20c.   Property, homeowner's, or renter's insurance          20c.   $ _____ 0.00

20d.   Maintenance, repair, and upkeep expenses          20d.   $ _____ 0.00

20e.   Homeowner's association or condominium dues          20e.   $ _____ 0.00

Debtor 1    Jonathan Joseph Richards              Case number *(if known)* 2:15-bk-53381
First Name    Middle Name    Last Name

---

21. **Other**. Specify: _____ _____      21.   **+$** _____ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.         22.   $ _____ 4,480.00

23. **Calculate your monthly net income.**

   23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ _____ 6,363.48

   23b.   Copy your monthly expenses from line 22 above.    23b.   **−** $ _____ 4,480.00

   23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.   $ _____ 1,883.48

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here: